**IN THE UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA
JS 6**

| | |
|---|---|
| SHUNDRIKA DANIEL,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE, INC.<br><br>    Defendant.. | Case No.: 1**0-CV-01630-DSF (MANx)**<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 9, 2010

_____
The Honorable Judge
United States District Judge

1

[Proposed] Order